ACCEPTED
011500326cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 10:17:41 AM
CHRISTOPHER PRINE
CLERK

FILED IN
Chris Daniel - District Clerk Harris County
Envelope No. 4820985
By: Susan Brooks
Filed: 4/9/2015 10:17:41 AM

CAUSE NO. 2012-07148

| | | |
|---|---|---|
| JETALL COMPANIES, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>4/13/2015 10:00:10 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DON ABBOTT HOLMES, GAYLE | § | |
| EISER HOLMES, AND THE | § | |
| COMMUNITY PROPERTY | § | |
| ESTATE OF DON ABBOTT HOLMES, | § | |
| AND GAYLE EISER HOLMES, | § | |
| | § | |
| Defendants. | § | 127th JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Don Abbott Holmes, Gayle Eiser Holmes, and the Community Property Estate of Don Abbott Holmes, and Gayle Eiser Holmes (collectively "Defendants") desire to appeal from the final judgment in favor of Plaintiff Jetall Companies, Inc. entered on January 22, 2015; the order denying Defendants' motions for summary judgment signed February 28, 2014; the order denying Defendants' motions for reconsideration, for judgment notwithstanding the verdict, and for new trial signed on March 27, 2015; and all other rulings and orders that have been or will be merged into the final judgment in this action. This appeal is taken to either the First or Fourteenth Court of Appeals. There are no completed or pending appeals or original proceedings related to this appeal in the First or Fourteenth Court of Appeals.

Respectfully submitted,

BERG FELDMAN JOHNSON BELL, LLP


By: _____/s/ Geoffrey Berg_____
           Geoffrey Berg (gberg@bfjblaw.com)
           Texas Bar No. 00793330
           4203 Montrose Boulevard, Suite 150
           Houston, Texas 77006
           713-526-0200 (tel)
           832-615-2665 (fax)

ATTORNEYS FOR DEFENDANTS DON
ABBOTT HOLMES, GAYLE EISER HOLMES,
AND THE COMMUNITY PROPERTY ESTATE
OF DON ABBOTT HOLMES AND GAYLE
EISER HOLMES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served by electronic filing, certified mail, return receipt requested, email, and/or facsimile on April 9, 2015 as follows:

**Via Facsimile 713-222-0888**
Mr. Mike O'Brian
14355 Highway 105
Washington, Texas 77880


           _____/s/ Geoffrey Berg_____
           Geoffrey Berg